NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMBINED TACTICAL SYSTEMS, INC. (now Combined Systems, Inc.),**
*Plaintiff-Appellant,*

v.

**DEFENSE TECHNOLOGY CORPORATION OF AMERICA (now Safariland, LLC),**
*Defendant-Appellee,*

and

**FEDERAL LABORATORIES, INC.,**
*Defendant.*

---

2010-1216

---

Appeal from the United States District Court for the Southern District of New York in No. 04-CV-8924, Judge Miriam Goldman Cedarbaum.

---

**JUDGMENT**

---

DOUGLAS J. NASH, Hiscock & Barclay, LLP, of Syracuse, New York, argued for plaintiff-appellant.  With him on the brief were JOHN D. COOK and JOHN M. NICHOLS.

JAY R. CAMPBELL, Renner, Otto, Boisselle & Sklar, LLP, of Cleveland, Ohio, argued for defendant-appellee.  With him on the brief were DONALD L. OTTO and MARK C. JOHNSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, LINN, and MOORE *Circut Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 November 8, 2010      /s/ Jan Horbaly
      Date                    Jan Horbaly
                               Clerk